UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERRY SCALERCIO-ISENBERG,
                       Plaintiff,

            -v-

MORGAN STANLEY SERVICES
GROUP INC., *et al.*,
                       Defendants.

19-CV-6034 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On January 6, 2020, Defendants filed a letter requesting the Court's intervention to address "a litany of profane, disparaging and threatening correspondence" that Plaintiff has sent to defense counsel. (Dkt. No. 35 at 1.) Plaintiff has responded, asserting that she has only had communications with Attorney Ryan Carlson. (Dkt. No. 36 at 1.) However, she does not deny the substance of Defendants' claim that she sent these harassing emails to defense counsel.

Plaintiff is ordered to immediately cease sending further harassing communications to defense counsel. Plaintiff is advised that continuing to engage in such behavior may subject her to sanctions, including the dismissal of this action.

The Clerk of Court is directed to close the motion at Docket Number 36.[1]

SO ORDERED.

Dated: January 7, 2020
      New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge

---

[1] Plaintiff seems to have erroneously filed her opposition as a letter motion.