# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# 1:19-CV-06034 (  JPO )

**FIRST AMENDED**

**COMPLAINT**

**Plaintiff**

**Requests A Trial By Jury**

**SHERRY SCALERCIO-ISENBERG**
----------------------------------------------------------------x
                    **(**Plaintiff**)**

                          **VS.**

 **MORGAN STANLEY SERVICES GROUP. INC.**
**MATTHEW DZIEDZIC,**

**JAMES P. GORMAN, JEFF BRODSKY**

**KERRIE R. HESLIN**
-------------------------------------------------------x
                    **( DEFENDANTS )**

# I.   <u>Introduction and Background</u>

As a Prose Plaintiff, I thank Your Honor the for the opportunity to file a First Amended Complaint for this Civil Action, involving violations of my Civil Rights, under Title VII of The Civil Rights Act of 1964.

I bring this Complaint forward, not only, to pursue justice for my own self, but, to also, give a voice to any other business professional, MALE OR FEMALE, OF ANY AGE,SEX or other characteristic, who may have experienced similar Acts of Discrimination, Retaliation and overall egregious, hiring and employment practices AND MISCONDUCT, by the Defendants, And they could not fight back!

It is the right course of action to expose the Defendants' mean, vicious, behaviors, by which, together, in full conscience, they ALL took specific actions to Bully and Silence the Plaintiff in order to hide , what they all knew, was egregious behavior, and unlawful Actions in VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964.

There could be NO, ETHICAL, justified, reason for Morgan Stanley employees and their legal representatives, to send the Plaintiff A vicious , letter filled with LIES and intimidation tactics! See Exhibit # MS.FAC.005. the Retaliatory Letter from Ms. Kerrie Heslin, esq.

I'm A Female Wallstreet professional, who was trying to return to the Wallstreet arena after a very scary, life-threatening, emergency surgery! The Defendants were attempting to hide their GUILT and exposure of TITLE VII VIOLATIONS! The Letter was drafted and sent, <u>afte</u>r, the Plaintiff raised an employment concern directly to the CEO of Morgan Stanley, Mr. James Gorman. Materials facts and supporting evidence follows.

## II.   Nature of the claims

Violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.*, the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621–634, the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12112 *et seq.*,

## III.  HISTORY of The ADEA

The history of the ADEA's enactment revealed that Congress was concerned not just with age discrimination within the workplace, **but also** with barriers to older workers finding employment in the first place.

In the Act's Purpose Statement, the judge said, Congress described how older workers find themselves disadvantaged in their efforts to regain employment when displaced from their jobs.

## IV.  Causes of Action and Material Facts

### COUNT I - AGE DISCRIMINATION and in violation of   the

Age Discrimination in  Employment   ACT  (ADEA)

29U.S.C. §621-634

1.  I am a female senior management Executive,

2.   reporting  to   the CEO and Board of Director level

3.  My Expertise is generally referred to as  Liquidity risk management and

4.   Wallstreet Compliance.

5. When I started

6.  applying to jobs on the Morgan Stanley job portal,

7.  I was  Age 52  and I was  trying to  regain  full-time employment in

8.   NYC, within the  wallstreet  arena, after, an extended break in my employment,

9.     related to a surgery complication  for the

10.    removal of an

11.     arterial venous malformation (AVM) located

12.     on the surface of my brain [Brain AVM].

13.    A complication occurred whereby, instead of

14.     a week in the hospital and a  3-4-week recovery time,

15.     I was in Neuro ICU 11 days, [see

16.    Exhibit#MS.FAC.0010  ECF#33],

17.     THEN I was  transferred  from NY
        Presbyterian hospital to

18.     Kessler  Rehabilitation facility


19.      for 4 months of In-patient care,

20.     then 6 months of out-patient physical therapy to

21.     get back to walking.

22.     By January 2013, I returned to work part-time

23.     with a NYC firm, Actualize Consulting, that

24.     allowed me, to  work from my home office,  with
        occasional,  weekly  and monthly  meetings in the NYC
        office.


25.     By January  2017, I was finally ready to return to
26.      a full-time job in NYC ,  in the wallstreet arena.  I
27.     was  walking  fairly good, although, I wear a
28.     foot/ankle brace  to assist me in walking, as
29.      THE COMPLICATION,   caused a Left-side
30.     disability from the emergency condition.


( see Exhibit (MS.FAC.009 ECF#32) Neuro surgeon
Letter).


31.     In as early as December 2017, but primarily,
32.     starting in January 2018, I applied to a number of
33.     jobs posted on the Morgan Stanley job portal.
34.     See Exhibit [MS.MS.FAC.0014 Morgan Stanley Job
35.     portal screen].

36.     The Morgan Stanley Firm, and The Morgan Stanley NYC office, located at 1585 Broadway, was a desirable employment option for me to regain full-time employment, because, the location is within walking distance to/from the NY Port Authority Bus terminal, the place

37.     where I commute in/out of NYC, in order to use public transportation.

38.     In addition, I am familiar with the inner workings of Morgan Stanley , having been an Institutional Client of Morgan Stanley and also, I worked on a multi-million-dollar deal at

39.     Morgan Stanley when Mr. Gorman was the Chief Operating Officer of Morgan Stanley.

40.     In, or around February 2018, After applying to many jobs posted on the Morgan Stanley website, primarily jobs in the Risk Management area, located at 1585 Broadway New York, NY. Offices.

41.     I called the Head of North America recruiting, Mr. Matt Dziedzic.

42.     I was seeking feedback and help, with respect to, why, I was being eliminated from consideration for

43.     ALL jobs in the Risk management area, NYC office.

44.     The job portal screen showed , I had made 26 job application Submissions, See Exhibit MS.FAC.0014 [Job submission screen].

45.   I  wanted to understand the details of why

46.   I was not being contacted by  phone

47.    or email for an interview, or  at least

48.    an introductory phone  interview.

49.   **If,** there was a technical glitch of some kind,

50.   I wanted to correct the issue that

51.    was preventing my resume  and application

52.    from being considered and advancing ME to
an interview.

53.    Especially since, I was confident that  I was
qualified, based on  the Job details that were
publicly posted, in addition to my

54.    education and experience, which includes a
Bachelor of Science degree in Finance

55.    an MBA in Finance  with  an

56.    Applied Thesis  in M&A and many years of

57.    Liquidity Risk management  experience,

58.   in a variety of   roles and positions at

59.    several   different firms within the  Banking
and Wallstreet market.

60.    <u>The first call with Mr. Dziedzic  was
alarming!</u>

61.     HE immediately launched into an attack regarding  The format of my resume!   A Resume format, which previously,

   Landed me two Sr. mgmt positions in  my area of expertise; which is  generally, referred to as,

62.     Liquidity Risk mgmt and wallstreet Compliance.

63.     Mr. Dziedzic,  discussed nothing

64.     about  the  exemplary qualifications detailed in my resume.  He  continued the attack on My Resume

65.     for 2-3 minutes, abruptly,  stating,

66.     Baseless and  nonsensical  criticism. He didn't like the format of my resume,

67.     He didn't like  words bolded  for emphasis, or  words Underlined to draw attention to a

68.     particular, important

69.     qualification.

70.     The conduct of Mr. Dziedzic  became even more harsh and baseless, when I  responded, "my resume format was

71.     professionally,  done"

72.     And furthermore, I stated; " bolded or
        underlined words are

73.     helpful to the hiring manager, in order  to,
        quickly draw

74.     attention to  the most relevant and important
        items."

75.     I went on to say to Mr. Dziedzic;

76.     "I've interviewed and  hired

77.     many people,  I always **appreciate** bolded
        or underlined

78.     Words, that draw my attention to
        qualifications

79.     that match  the job requirements,  I've
        written in the

80.     Job description".

81.     And Furthermore, this <u>exact  Resume</u> Format,
        landed me  two previous sr. mgmt level positions
        in Risk mgmt and Wallstreet Compliance.

82.     Mr. Dziedzic responded,   angrily,   stating ,
        **"Well!  That's My Opinion!"**

83.     and **I think it looks bad and
        disorganized!**

84.     AND further,  that's a BAD  reflection upon YOU

85.     And, the hiring manager doesn't  like how it looks!

86.     These statements made  by Mr. Dziedzic, were said  in an angry , harsh tone!   An Intimidation tactic !

87.      By March 2018,  I decided to try to  find a way  around the Road block with Mr. Dziedzic,

88.     HE had an  Authoritarian- like

89.     control over ALL Risk management jobs located in the NYC offices.

90.     I contacted Victoria  Heimann, a Morgan Stanley Sr. Lead Recruiter, based in the Pennsylvania office.

91.     Victoria and I had  several  phone calls discussing my  job application submissions, and she provided information about the Morgan Stanley organizational structure and confirmed, Matt Dziedzic is the HR.  Executive Director of Recruiting and he is  responsible  for the hiring

process of ALL Risk management jobs LOCATED in NYC.

92.     Victoria  and I continued to collaborate on my Resume and  Risk Management jobs posted on the Morgan Stanley job portal.   See Exhibit # MS.FAC.0013, Exhibit t# MS.FAC.0014  and Exhibit MS.FAC.0015

93.      During the month of May 2018,I continued to apply to jobs

94.      in the Risk management area of Morgan Stanley and

95.      requested feedback from Mr. Dziedzic,  many times.

96.     I wanted to understand   why,  I was still being eliminated from

97.      employment consideration.

98.     Mr. Dziedzic refused to respond!

99.      In an email exchange on Wednesday
100.    May 9, 2018 and
101.    Thursday May 10, 2018, between Sherry Scalercio-Isenberg

102.     And Ms. Victoria Heimann,
103.    Ms. Heimann writes to Sherry:

104.   "Thank you for  the kind words! I will be
   in New York on Monday
 and can catch up with Matt and some other
   Recruiters." See Exhibit#[MS.FAC.0013
  [Ms. Heimann emails].


105.   By May 22,2018, I was still continuing to be
   persistent  with my follow up to Mr. Dziedzic.

106.   I knew Mr. Dziedzic  was receiving and
   reading my  emails  I sent, because, I was
   checking the Microsoft Outlook email tracking
   Receipts,  which electronically, confirms when an
   email is  delivered and when the email is read.

107.   My extensive experience in:


108.   writing Job Descriptions, working with
   Recruiters,


109.   Reviewing resumes, interviewing Candidates


        and
110.   Writing job offers  , that experience,
   compared against  the way I was being treated by


111.   Matt Dziedzic, whereby, he was  not
   responding to any of my requests for feedback  to
   help me understand, why, I was being eliminated
   from employment consideration  for  every Risk
   management  job application I submitted!

112.    The combination of those facts, AND

113.    the __empirical  data,__ was now  sufficient
evidence pointing to

114.    TITLE VII VIOLATIONS

115.    And further  validation, of why,   Victoria had
gently guided me to __remove dates__ __and  many__
jobs, from my resume, although it was relevant
information detailing my  experience.

## Count II ( TWO)

## Disability  Discrimination
## and in violation  of
## THE AMERICANS WITH
## DISABILITIES
## ACT  ("ADA) ,
## 42U.S.C.§12112 ET SEQ.

**116.    I HAVE A Left side disability , [see Exhibit #MS.FAC.009]**

**117.    At  two points in time,  during the Application process, and during the phone call**

**118.    interview with Alison Guerzon, I disclosed information about my**

119.   disability in order to answer the  questions

120.    truthfully and with full context.

121.   It was during the phone call  with Alison  that

122.    she  told me about the

123.   <u>Return To Work Program at Morgan Stanley.</u>

124.    The program  is under the management of

125.    Mr. Jeff Brodsky, Chief Human resources
       Officer, who reports to Mr. James Gorman


126.      On Tuesday, May 15,2018,  I had  email

127.      communications with Alison Guerzon, Morgan
          Stanley HR Recruiter, scheduling and confirming

128.      an interview  call for Thursday

129.      May 17,2018, to review my Resume,
130.      Background and qualifications.

131.     See <mark>Exhibit #</mark> MS.FAC.003 email with Alison
         Guerzon.

132.     I was connected with Alison Guerzon <u>after,</u>
         Victoria
133.     Heiman's visit to the NYC office,

134.     whereby she spoke to Matt Dziedzic.

135.     A few days after her visit, we spoke on the phone as follow up to her NYC visit.

136.     As part Of the conversation, she said, [ in a "coaching, nice way]",

137.   <u>**"At our Age"**</u>**,** we've done a lot, we have a lot of experience

138.     you want to tell your story of success**, but,**

139.     you don't want to intimidate the hiring manager.

140.   We continued to talk through details, she stated, the hiring manager is intimidated by my qualifications that are detailed on my resume.

141.     She suggested I remove jobs beyond, 5 years , even though they

142.     may be relevant. And directly support my qualifications for the job.

143.    I took her advice; <u>HOWEVER,</u> my Age, experience,

144.     and qualifications were already exposed by my college graduation dates and several liquidity

145.     risk mgmt positions I held.

After the call concluded, I was encouraged and

146.     **hopeful,** that  finally!  I might be  able  to find a way  to  get around the

147.     **road block** with Matt Dziedzic  and  the hurdle of explaining and justifying, why,

148.     I had such a long break in my

149.     Employment.

## Count III ( THREE)     RETALIATION AND IN VIOLATION OF  BLACKBALLING

## The Legal Definition of Blackballing is:

**"The process of Blackballing is an exclusionary one**

150.     **in which a current, former, or future employee is**

151.     **inequitably denied the right to participate in the**

152.     **business arena."**

# 153.   Material Facts:

**154.** <u>On  June4 ,2018</u>

**155.**   I sent an email to Mr. Gorman , the CEO  of Morgan Stanley,  to get some help.

**156.**   Liquidity  risk management  is a critical, operation in every  company,  especially, Wallstreet firms,  whereby , they  are often, Liquidity providers to  big Corporations.

**157.**   Therefore, in  a firm like Morgan Stanley, Liquidity Risk management, usually,

**158.**   reports directly to the CEO.

**159.**   In the  June 4,2018,  email that I sent  to Mr. James Gorman, CEO,

**160.**   <mark>See Exhibit</mark>#MS.FAC.004.

**161.**   I chose my words carefully!  Never using Title VII words.

**162.**   I specifically  stated, " <u>something seemed strange</u>".

**163.**   I DID NOT  copy anyone on the email

**164.**   Nor, did I tell anyone I sent it!  I  wanted HELP  from Mr. Gorman,

**165.**   leaving the email conversation wide-open for  a response and

**166.**   help!

**167.**   Mr. Gorman forwarded my email  to Ms. Leslie Bazos, his

**168.**   Assistant/Chief of Staff.

169.    Mr. Gorman writes to Ms. Bazos, <u>quote</u> "I have no idea what this is, please handle." <u>End of quote.</u> See <mark>Exhibit#</mark> MS.FAC.004

170.    I received NO  help from Mr. Gorman!

171.    <u>Instead, What I received,</u>

172.    3 days  <u>after</u>  I raised a concern,  was a vicious Letter

173.     from Ms. Kerrie Heslin,  identifying

174.     herself as Legal Counsel for Morgan Stanley!

175.     The letter,   Dated, <u>June 7,2018,</u> was

176.    A Threatening, harassing letter

177.    containing  many  lies, used as

178.     intimidation tactics,  Blackballing me, and telling me, all hiring decisions are based on

179.    "<u>Legitimate</u>" business reasons

180.    AND further,  stating  and inferring,

181.    by the words and tone;

182.    If, I  use any form of communications to talk about

183.    Morgan Stanley's actions, Ms.

184.    Heslin, would report me to Criminal Authorities,  **AS IF!**

185.    I DID SOMETHING WRONG!   And it's against the  law to raise

186.    a valid concern to Mr. James Gorman!

187.    Blackballing me and threatening me  is

188.    Against the law!

189.    See  **Exhibit#**MS.FAC.005 Heslin **Retaliation Letter**

190.    The Letter was Intended to
191.    intimidate me and

192.    cause me severe  emotional  distress in order to  silence me from

193.    telling anyone about the Letter!

194.   **Ms. Kerrie Heslin,** legal representative of Morgan Stanley and her paralegal, Ms. Justine Vincent, who typed the letter, and  sent it  FEDEX overnight delivery and then,

195.   emailed the letter to me;

196.   **they both** wanted to

197.    ensure I received the letter   quickly, to shut me up!

198.   And gauge my reaction!

199.   <u>COUNT IV</u> – GENDER ISCRIMINATION And in violation of Title VII of the Civil Rights Act of 1964.

200.   My first and only  phone call with Mr. Dziedzic was a sincere effort on My part, to  get feedback as to

201.    what I needed to do

202.    differently,  in order to advance to the "<u>interview</u>" stage, of  jobs I was applying to.

203.   Initiating a phone call with Mr. Dziedzic was a reasonable and prudent course of action.

204.   Mr. Dziedzic's abrupt,  verbally abusive

205.   Response, was not  professional and in NO way,  was he opening the door,  TO HELP ME

206.    advance to an interview stage!  His response was to shut the door and ignore me for months, until he could eventually make me go away!

207.    The exact details of Who Ordered the Retaliation Letter and  which  Defendant  was Leading  the efforts of  Blackballing me, can only be fully uncovered through Litigation  with Interrogatories,  subpoenas to produce Documents, text messages  and take  Depositions. A full Discovery process is needed.

208.    The EEOC Investigator said, they have limited resources  and could not get some of the details I requested.

209.    This type of  misconduct by the defendants  may  not be  the first time, however, it's likely  the FIRST time a  person  has **Dared** to stand up

210.    Against the Morgan Stanley vicious Team and not run away after receiving a vicious Letter from a Lawyer who's  supposed to uphold the law!

211.     In the 70's there were the "dirty cops" in NYC Precinct Seven Five,

212.    these are " Dirty Lawyers" of Morgan Stanley at NFC LAWFIRM!

213.     As a final attempt, in hopes to find

214.     <u>one </u>ethical, Morgan Stanley,  Sr. Management executive,  in the  NYC offices, I personally, delivered a letter with many Exhibits to Mr. Jeff Brodsky, Chief Human Resources Officer.  He is supposed to be the person that helps people return to work via  the Morgan Stanley  "Return To Work Program. "   See <mark>Exhibit</mark> #MS.FAC.0012.

 I DID NOT RECEIVE ANY RESPONSE  FROM   Mr. Brodsky!  I was Blackballed, because I  raised a legitimate employment concern!

 Application  information is tracked by  Morgan Stanley.    Below is  information on

 <u>The Morgan Stanley job portal.</u>

<u>215.  Discriminatory questions are part of the</u> <u>online </u>application.

 Questions  <u>**must**</u> be answered in order to progress to the next application screen.   Morgan Stanley  online application screen states the following:

## 216.  United States

For positions located in the United States: It is the policy of Morgan Stanley to ensure equal employment opportunity without discrimination or harassment on the basis of race, color, religion, creed, age, sex, sex stereotype, gender, gender identity or expression, transgender, sexual orientation, national origin, citizenship, disability, marital and civil partnership/union status, pregnancy, veteran or military service status,
genetic information or any other characteristic protected by law.


## 217.  To help Morgan Stanley comply with federal/state equal employment

 opportunity record keeping, reporting and other legal requirements,

**we**
**would appreciate your voluntarily answering the questions listed below.**
**You are NOT required to answer them. Refusal to provide the requested**
**information will not result in adverse treatment. Your answers will not**
**affect the consideration of your job-related qualifications. The information**
**you provide on this form will be <mark>kept in a confidential file</mark> separate from**
**your application for employment.**


## The information is stored!


**\*\*At the time I applied  to positions posted on the Morgan Stanley job portal the following questions _were required_ to be answered in order to progress to the next screen:**

## <u>Disability question:</u>

1. Do you have a Disability?  YES ,  NO, or I Do not wish to answer.

A selection was required to  progress to the next screen! Therefore, a candidate such as I, either had to Lie and select NO or tell the truth and be exposed to  potential Discrimination.

The un- written and quietly  spoken  rule is:  "Do not hire anyone with a disability, too difficult to get rid of them!

"SCREEN OUT" CANDIDATE questions disguised as VOLUNTARY DIVERSITY QUESTIONS.

If these questions are <u>truly</u> voluntary, then,

WHY, IS THERE NO OPTION to  SKIP THE PAGE BY CLICKING ON THE "FORWARD ARROW



The true Answer is:  Because these questions ARE MANDATORY and must  BE ANSWERED WITH AT LEAST ONE SELECTION!  AND  allows the HR DEPT AND HIRING MANAGERS TO

**SCREEN OUT** PEOPLE, THEY DON'T WANT TO INTERVIEW,  AND ALLOWS THEM TO **HIDE TITLE VII  VIOLATIONS!**

**NO INTERVIEW** MITIGATES  Human Resource (HR) RISK!

**HR SAYS;  WE DIDN'T SEE YOU, SO,** WE DIDN'T SEE YOUR DISABILITY, WE DON'T KNOW IF YOU ARE BLACK, WHITE, ASIAN, BLONDE, BRUNETTE......  SHORT, TALL,  YOUNG, OLD,ETC.    YOU VOLUNTARILY ASWERED THE DISCRIMINATORY, SO-CALLED **"DIVERSITY"** QUESTIONS, AND SINCE WE DIDN'T GIVE YOU AN INTERVIEW AND WE DIDN'T SEE YOU , WE DON'T KNOW IF YOU LIED ABOUT A DISABILITY.

**THAT IS HOW,** MORGAN STANLEY HIDES TITLE VII VIOLATIONS!

# DEMAND FOR JURY
### Plaintiff Demands a Jury Trial for all issues

# Prayer for  Relief

Wherefore, the Plaintiff requests that a judgement be entered on the Plaintiff's behalf against  Morgan Stanley Services Group, Inc. et al., for the following:

**************************************************

One million, two hundred ninety-five  thousand  dollars

<u>$1,295,000.0, which is  equivalent  to the  salary range of   approximately</u>

7 YEARS OF SALARY & Benefits for  the Risk management Positions at my  level.

and any other further relief as the court may deem just and proper.

The Plaintiff respectfully requests, an amount <u>impactful</u> enough, to deter Bank CEO's from <u>intentionally</u> ignoring and covering up

TITLE VII VIOLATIONS, WHILE   <u>Falsely</u> <u>claiming</u> to be EEOC Compliant!

See ==Exhibit== # MS.FAC.006
AND
 Exhibit # MS.FAC.007
[EEOC CHARGE AND NOTICE OF RIGHT TO SUE].

**************************************************

 I respectfully, ask the court to  send a strong message  to the many  Wallstreet CEO's who make millions off   our  Banking system, and willingly violate Federal laws, knowing, they are protected

by the big corporate  Logo AND MONEY!  Please
Hold  Morgan Stanley    Accountable for knowingly
and willing,  violating  civil Rights laws.

They should be punished for    CREATING A
FAÇADE,  like   <u>THE RETURN TO</u> <u>WORK PROGRAM!</u>

AND FOR,

RETALIATING AGAINST ANYONE WHO  HAS THE
TENACITY TO CHALLENGE AN  EMPLOYMENT
HIRING PRACTICE at  MORGAN STANLEY, OR ANY
OTHER WALLSTREET FIRM!
**************************************************

Respectfully Submitted,



_____
**Sherry Scalercio-Isenberg**
**Phone:  973-534-7095**

**January 20, 2020**