UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHERRY SCALERCIO-ISENBERG,

                 Plaintiff,

-against-    19 **CIVIL** 6034 (JPO)

## JUDGMENT

MORGAN STANLEY SERVICES GROUP
INC., MATTHEW DZIEDZIC, JAMES P.
GORMAN, JEFF BRODSKY, KERRIE R.
HESLIN,

                 Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 6, 2020, Defendants' motion to dismiss is GRANTED with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       August 6, 2020

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

            **BY:**

                                          **Deputy Clerk**